IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN LEE BEAM, | : | |
| Petitioner, | : | 1:16-cv-0690 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| MICHAEL CLARK, *et al.*, | : | |
| Respondents. | : | |

## **ORDER**

## **July 30, 2018**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) and supporting memorandum (Doc. 2), and for the reasons set forth in the accompanying Memorandum, as well as the Memorandum and Order issued on May 9, 2018 (Doc. 17), it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DENIED.

2. The Clerk of Court is directed to CLOSE this case.

3. There is no basis for the issuance of a certificate of appealabilty. *See* 28 U.S.C. § 2253(c).

                                                                    s/ John E. Jones III
                                                                     John E. Jones III
                                                                     United States District Judge